AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SEALED

United States of America
v.

In the Matter of the Extradition of
Freddie Lee Stapleton

*Defendant*

Case No. 3:22-MC-66-FKB

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 15 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Freddie Lee Stapleton,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint for Extradition
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from Germany, which has requested arrest, under the U.S.- Federal Republic of Germany extradition treaty, for attempted aggravated murder in violation of section 2 11 subsection 2 and section 22 of the German Criminal Code.

Date: 2/15/2022

*Issuing officer's signature*

City and state: Jackson, MS

Hon. F. Keith Ball, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*